IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| STATE FARM FIRE & CASUALTY COMPANY, A Corporation, as a subrogee of Rose Bowl Playhouse, Inc.;<br><br>        Plaintiff,<br><br>   vs.<br><br>CARQUEST CORPORATION, FRANKLIN AUTO PARTS, LLC, ATD TOOLS, INC., SMART DECISION TRADING, LTD, SUZHOU GEWEI ELECTRIC APPLIANCE CO., LTD,<br><br>        Defendants. | 4:13CV3192<br><br>**MEMORANDUM AND ORDER** |

IT IS ORDERED:

1)    The parties' stipulation, (Filing No. 25), is granted as follows:

       a.    Plaintiff's Count II "Strict Liability" claim is voluntarily dismissed without prejudice against the defendants ADT Tools, Inc., Carquest Corporation, and Franklin Auto Patts, L.L.C. d/b/a Carquest Auto Parts #5776.

       b.    Plaintiff is granted leave to file an amended complaint. The amended complaint shall be filed on or before February 14, 2014.

2)    Defendant ADT's motion to dismiss, (Filing No. 22), is denied a moot.

February 4, 2014.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge