IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEBRASKA

| | |
|---|---|
| STATE FARM FIRE & CASUALTY COMPANY, A Corporation, as subrogee of ROSE BOWL PLAYHOUSE, INC., <br><br> Plaintiff, <br><br> v. <br><br> CARQUEST CORPORATION, FRANKLIN AUTO PARTS, L.L.C. d/b/a CARQUEST AUTO PARTS #5776, ATD TOOLS, INC., SMART DECISION TRADING, LTD., AND SUZHOU GEWEI ELECTRIC APPLIANCE CO., LTD, <br><br> Defendants. | Case No.: 4:13-CV-03192 <br><br> **ORDER** |

It is hereby ordered, based upon the Stipulation of the parties that:

1. Limited written discovery may proceed without service being perfected on Defendants Smart Decision Trading Ltd. and Suzhou Gewei Electric Appliance Co., Ltd.

2. The parties will provide a Rule 26(f) report pursuant to Federal Rules of Civil Procedure due on June 30, 2014.

3. The parties will provide initial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1) due on July 31, 2014.

4. The parties may conduct interrogatories, request for production of documents and request for admissions.

5. Depositions may not be taken until on or after October 1, 2014.

1

6. If service is not perfected on Defendants Smart Decision Trading Ltd. and Suzhou Gewei Electric Appliance Co., Ltd. by October 1, 2014, Plaintiff reserves the right to re-apply for a motion to stay the litigation.

7. The provisions of this order may be incorporated into the Court's scheduling order.

DONE AND ORDERED.

June 4, 2014.

BY THE COURT:

Cheryl R. Zwart
United States Magistrate Judge