IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

STATE FARM FIRE &AMP; CASUALTY
COMPANY, A Corporation, as a subrogee
of Rose Bowl Playhouse, Inc.;

                    Plaintiff,

          vs.

CARQUEST CORPORATION,
FRANKLIN AUTO PARTS, LLC,  ATD
TOOLS, INC.,  SMART DECISION
TRADING, LTD,  SUZHOU GEWEI
ELECTRIC APPLIANCE CO., LTD,

                    Defendants.

**4:13CV3192**


**ORDER**


IT IS ORDERED:

The motion to permit David DeWald to withdraw as counsel on behalf of defendant ATD Tools, Inc., (filing no. 81), is granted.

April 30, 2015.


                              BY THE COURT:

                              *s/ Cheryl R. Zwart*
                              United States Magistrate Judge