IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

STATE FARM FIRE &AMP; CASUALTY
COMPANY, A Corporation, as a subrogee of
Rose Bowl Playhouse, Inc.;

           Plaintiff,

vs.

CARQUEST CORPORATION, et. al;

           Defendants.

**4:13CV3192**


**ORDER**


The stipulations to amend the Final Progression Order (Filing Nos. 85 and 87) are granted, and the progression order is amended as follows:

1)    The deadline for completing written discovery under Rules 33 through 36 of the Federal Rules of Civil Procedure is extended to August 17, 2015.  Motions to compel Rule 33 through 36 discovery must be filed by August 31, 2015.

2)    The deadlines for complete expert disclosures for all experts expected to testify at trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), is July 1, 2015.

3)    The deposition deadline is November 2, 2015.

4)    The deadline for filing motions to dismiss and motions for summary judgment is September 1, 2015. [1]

5)    The deadline for filing motions to exclude testimony on *Daubert* and related grounds is September 1, 2015.

6)    All other deadlines, including the trial and pretrial conference settings, are unchanged.


June 5, 2015.

                          BY THE COURT:
                          *s/ Cheryl R. Zwart*
                          United States Magistrate Judge

---

[1] To facilitate the court's review, the parties are strongly encouraged to include hyperlinks to the evidence, CM/ECF record, and all legal authorities cited within their briefs filed in support of, or in opposition to, any motions filed.  See NECivR 7.1.  For instructions, see "Hyperlinking Information" at http://www.ned.uscourts.gov/attorney/electronic-case-filing.