IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| STATE FARM FIRE & CASUALTY COMPANY, A Corporation, as a subrogee of Rose Bowl Playhouse, Inc., | ) ) ) ) ) | |
| Plaintiff, | ) ) | 4:13CV3192 |
| V. | ) ) | |
| FRANKLIN AUTO PARTS, LLC, ATD TOOLS, INC., SMART DECISION TRADING, LTD, and SUZHOU GEWEI ELECTRIC APPLIANCE CO., LTD, | ) ) ) ) ) ) | ORDER |
| Defendants. | ) ) | |

The court has been advised that the parties in the above-captioned matter have reached a settlement of their claims. Accordingly,

IT IS ORDERED that:

(1) Within **thirty (30)** calendar days of the date of this order, the parties shall file a joint stipulation for dismissal (or other dispositive stipulation) with the clerk of the court (and provide a copy to the magistrate judge and to Senior United States District Judge Richard G. Kopf, the trial judge to whom this case is assigned), together with submitting to the trial judge a draft order which will fully dispose of the case;

(2) Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice;

(3) This case is removed from the court's trial docket upon representation by the parties that the case has settled.

DATED this 12th day of August, 2015.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge