IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| STATE FARM FIRE & CASUALTY COMPANY, as a subrogee of Rose Bowl Playhouse, Inc., | ) ) ) ) | 4:13CV3192 |
| Plaintiff, | ) ) | ORDER |
| v. | ) ) | |
| FRANKLIN AUTO PARTS, LLC, ATD TOOLS, INC., SMART DECISION TRADING, LTD, and SUZHOU GEWEI ELECTRIC APPLIANCE CO., LTD, | ) ) ) ) ) | |
| Defendants. | ) ) | |

Pursuant to the parties' joint stipulation (filing 101) and Fed. R. Civ. P. 41(a),

IT IS ORDERED that this action is dismissed with prejudice, each party to pay their own costs.

DATED this 22nd day of September, 2015.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge

-1-